**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7430**

———————

RONNIE MILLER, a/k/a Brian Coles,

                              Plaintiff - Appellant,

     versus

BALTIMORE COUNTY DEPARTMENT OF CORRECTIONS,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:07-cv-02329)

———————

Submitted:  December 20, 2007     Decided:  December 28, 2007

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronnie Miller, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Miller's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Miller v. Baltimore County Dept of Corr</u>, No. 1:07-cv-02329 (D. Md. Sept. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>